```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                         SOUTHERN DIVISION


                      CIVIL MINUTES - GENERAL
```

Case No.:  <u>SA CV 07-1287 AHS (ANx)</u>          Date: <u>April 29, 2008</u>

Title:     <u>David Y. Shabestari v. Meryl Fainbarg, etc., et al.</u>

===================================================================

**PRESENT**:  HON. <u>**ALICEMARIE H. STOTLER**</u>, **CHIEF U.S. DISTRICT JUDGE**


      <u>Ellen Matheson</u>                            <u>Not Present  </u>
      Deputy Clerk                                 Court Reporter

**ATTORNEYS PRESENT:**  None present

**PROCEEDINGS:**      (IN CHAMBERS) ORDER (1) TO SHOW CAUSE WHY
                      SANCTIONS SHOULD NOT BE IMPOSED AND (2)
                      REQUIRING RULE 26(f) REPORT TO BE FILED NO
                      LATER THAN JUNE 2, 2008

        On March 4, 2008, the Court issued an Order requiring the parties to file a Rule 26(f) Report no later than April 28, 2008.  Under Fed. R. Civ. P. 26(f), the parties must mutually file a Joint Report with the Court within fourteen days after the parties' Rule 26(f) conference discussing all matters required under Rule 26(f).  The Court has not received a Joint Report as required under Rule 26(f).

        Accordingly, the parties are ordered to file a Joint Report no later than June 2, 2008.  The parties are further ordered to show cause in writing, no later than fourteen days from the date of this Order, why sanctions pursuant to Local Rule 83-7 payable to the U.S. District Court Clerk should not be assessed and/or why this action should not be dismissed for lack of prosecution and/or why the answer should not be stricken and default entered.

        The Clerk shall serve this minute order on counsel for all parties in this action.


**MINUTES FORM 11**                          **INITIALS OF DEPUTY CLERK** <u>enm</u>
**CIVIL - GEN**    CO          D - M
O:\ECF Ready\CV.07-1287.OSC.NoRule26(f)Report.wpd